IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI

KIMBERLY CROSBY                                                             PLAINTIFF

VS.                                                            NO. 17-285

FEDERAL EXPRESS CORPORATION                            DEFENDANT

## COMPLAINT

COMES NOW the plaintiff, Kimberly Crosby, by and through her attorney, and files this complaint against Federal Express Corporation, and for cause of action would respectfully show as follows:

1. Plaintiff, Kimberly Crosby, is an adult resident citizen of the State of Mississippi residing in Hinds County, Mississippi.

2. Defendant Federal Express Corporation, a corporation organized under the laws of the State of Tennessee, is authorized to do and doing business in the State of Mississippi and has appointed C.T. Corporation System as its registered agent for process. Plaintiff requests that process be served upon defendant through the office of the Sheriff of Rankin County.

3. On December 7, 2016, Kimberly Crosby was driving in a southerly direction on Interstate 55 near mile marker 118 and Sowell Road, operating her 2015 Chevrolet Camaro in a safe manner in the inside lane of I-55 South. Defendant's 2012 Freightliner Tractor Trailer bearing license plate no. 2134065, traveling at approximately 70 miles per hour, veered into her lane and crashed into her car, causing extensive damage. The impact propelled her vehicle across the median into traffic in the northbound lane of I-55, where she was struck by a COTA Express Freightliner, resulting in major damage to her vehicle and personal injuries.

4. Plaintiff would show that the collision was the direct and proximate result of the negligence of the defendant's employee in his failure to maintain a safe distance between vehicles,

improper lane usage, and failing to keep a proper lookout for the plaintiff and others traveling along I-55 South.

5. Plaintiff would further show that she is entitled to judgment against the defendant for all damages sustained as a result of the negligence of defendant's driver, including but not limited to: damage to her vehicle; loss of use of her vehicle; past and present pain and suffering; and all medical expenses incurred as a result of her injuries.

WHEREFORE, PREMISES CONSIDERED, plaintiff, Kimberly Crosby, demands judgment against Federal Express Corporation in an amount sufficient to fully compensate her for all damages resulting from the negligence of defendant's employee, including property damage, loss of use of her vehicle, past and present pain and suffering; and all medical expenses incurred as a result of the December 7, 2016, collision.

Plaintiff requests that the clerk issue process to the defendant in the form and manner required by law, to be served by the Sheriff of Rankin County, Mississippi.

Respectfully submitted:

KIMBERLY CROSBY, Plaintiff

By  *John H. Ott*
Her Attorney

John H. Ott, MB 3950
Todd B. Ott, MB 99953
Ott Law Firm
P.O. Box 1684
McComb, Mississippi 39649
(601)684-6155 fax (601)249-0264
ottesq@bellsouth.net; toddbott@bellsouth.net;
ottlaw1@bellsouth.net

Joshua P. Ginn, MB 104813
Attorney at Law
567 Highway 51, Suite C
Ridgeland, Mississippi 39157
(601)942-2778 jpginn@gmail.com

# COVER SHEET
## Civil Case Filing Form
(To be completed by Attorney/Party Prior to Filing of Pleading)

Mississippi Supreme Court  Form AOC/01
Administrative Office of Courts  (Rev 2016)

**Court Identification Docket #:** 25 1 00
County # / Judicial District / Court ID (CH, CI, CO)

**Case Year:** 2017
**Docket Number:** 285
**Local Docket ID:**

Month/Date/Year: 05 10 17
This area to be completed by clerk
Case Number if filed prior to 1/1/94

In the **CIRCUIT** Court of **HINDS** County — Judicial District

**Origin of Suit** (Place an "X" in one box only)
- Initial Filing
- Reinstated
- Foreign Judgment Enrolled
- Transfer from Other court
- Other
- Remanded
- Reopened
- Joining Suit/Action
- Appeal

**Plaintiff** - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form

Individual: **Crosby, Kimberly**
Last Name / First Name / Maiden Name, if applicable / M.I. / Jr/Sr/III/IV

Address of Plaintiff: 3418 Shannon Dale Dr., Jackson, MS 39212

Attorney (Name & Address): John H. Ott, P.O. Box 1684, McComb, MS 39649
MS Bar No. 3950

Signature of Individual Filing: John H. Ott

**Defendant** - Name of Defendant - Enter Additional Defendants on Separate Form

**Nature of Suit** (Place an "X" in one box only)

- Torts: [X] Negligence - Motor Vehicle